IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EURAINA JERRY** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-3658** |
| | : | |
| **MOORE COLLEGE OF ART AND DESIGN** | : : | |

| | | |
|---|---|---|
| **EURAINA S. JERRY** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-4177** |
| | : | |
| **MOORE COLLEGE OF ART AND DESIGN** | : : | |

## ORDER

This 11th day of March, 2022, it is **ORDERED** that Defendant's Motion to Dismiss, docketed at ECF 18 (21-4177) and ECF 20 (21-3658), is **GRANTED** for the reasons set forth in the accompanying memorandum. The two cases consolidated under Case No. 21-3658 are dismissed with prejudice.

/s/ Gerald Austin McHugh
United States District Judge